1  MELINDA HAAG(CSBN 132612)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ARVON J. PERTEET (CSBN 242828)
   Special Assistant United States Attorney

5     450 Golden Gate Avenue, 11th Floor
      San Francisco, CA 94102
6     Telephone: 415.436.6598
      Facsimile:  415.436.7234
7     Email: arvon.perteet@usdoj.gov

8  Attorneys for United States of America

9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,        )
                                     )      No. CV 10-2498 CW
                      Plaintiff,     )
14                                   )
                                     )
15            v.                     )   **STIPULATION TO STAY PROCEEDING**
                                     )     **PURSUANT TO 18 U.S.C. § 981(g)**
16  REAL PROPERTY AND                )
    IMPROVEMENTS LOCATED AT 1292     )
17  TRESTLE GLEN ROAD, OAKLAND,      )
    CALIFORNIA,                      )
                                     )
18                    Defendant.     )
                                     )
19  _____ )

20

21  1. IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA

22  and Claimants JEREMIAH THEDE and ANITA THEDE, through their counsel, that this matter

23  be stayed pursuant to 18 U.S.C. § 981(g)(2) and 21 U.S.C. § 881(i).

24  2.  There exists a state felony criminal prosecution of Claimant JEREMIAH THEDE in *People v.*

25  *Jeremiah Thede and Marlene Fritz*, Contra Costa County Superior Court Case No. 2-305478-0.

26  The facts of that case are related to this forfeiture proceeding.

27  3.  If this case were to proceed, JEREMIAH THEDE'S and Marlene Fritz's Fifth Amendment

28  rights against self-incrimination will be burdened in the related criminal case.

4. The provisions of 18 U.S.C. § 981(g)(2), related to stays of civil forfeiture proceedings, provide that"[u]pon the motion of a claimant, the court shall stay the civil forfeiture proceeding if with respect to that claimant if the court determines that (A) the claimant is the subject of a related criminal investigation or case; (B) the claimant has standing to assert a claim in the civil forfeiture proceeding; and (C) continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case."

5. Pursuant to the above representations, and the provisions of 18 U.S.C. § 981(g)(2), the parties hereby stipulate and agree to stay this civil forfeiture proceeding until the completion of the criminal case in Contra Costa County state court or until such earlier time as either party, or this Court, may request that the matter be heard.

6. The parties further stipulate and agree that the presently scheduled Case Management Conference of September 14, 2010, at 2:00 p.m. be taken off calendar.


 IT IS SO STIPULATED:

Dated: September 1, 2010                    MELINDA HAAG
                                            United States Attorney


                                             _/S/ *Arvon J. Perteet*_____
                                            ARVON J. PERTEET
                                            Special Assistant United States Attorney
                                            Attorney for the United States of America



Dated: September 1, 2010                    _/S/ *David A. Kettel*_____
                                            DAVID A. KETTEL
                                            Attorney for Claimants
                                            Jeremiah Thede and Anita Thede


//

//

//

//

//

//

Stipulation and [Proposed] Order to Stay Proceeding
No. CV 10- 2498 CW                          2

**ORDER**

IT IS SO ORDERED on this ____ **7th** _____ day of _ **September** ____, 2010, pursuant to the foregoing stipulation, that this civil forfeiture proceeding be stayed until the completion of the criminal proceedings in Contra Costa County state court, or until such earlier time as either party, or this Court may request that the matter be heard.

IT IS FURTHER ORDERED that the presently scheduled Case Management Conference of September 14, 2010 at 2:00 p.m. is hereby taken off calendar.

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge

Stipulation and [Proposed] Order to Stay Proceeding
No. CV 10- 2498 CW                       3