MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile: 415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1292 TRESTLE GLEN ROAD, OAKLAND, CALIFORNIA,<br><br>               Defendant. | No. CV 10-2498 CW<br><br>**JOINT STATUS REPORT AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date : September 13, 2011<br>Time: 2:00 p.m. |

1. IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA and Claimant JEREMIAH THEDE, through their respective counsel, that the scheduled Case Management Conference be continued for 90 days.

2. The parties are in the process of drafting a stipulated settlement agreement and are in need of additional time to complete the terms of the agreement..

//

//

//

3. The parties believe that the 90 day continuance will allow for the resolution of this matter and ask that the Case Management Conference currently schedule for September 13, 2011 be continued to December 13, 2011.

    IT IS SO STIPULATED:

                                          MELINDA HAAG
                                          United States Attorney

Dated: September 6, 2011              /S/  *Arvon J. Perteet*
                                          ARVON J. PERTEET
                                          Assistant United States Attorney
                                          Attorney for the United States of America

Dated: September 6, 2011              /S/  *David A. Kettel*
                                          DAVID A. KETTEL
                                          Attorney for Claimants
                                          Jeremiah Thede and Anita Thede

**ORDER**

IT IS SO ORDERED on this 7th day of September, 2011, pursuant to the foregoing stipulation, that presently scheduled Case Management Conference of September 13, 2011 at 2:00 p.m. be continued to December 13, 2011 at 2:00 p.m.

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge

Stipulation and Order to Continue Case Management Conference
No. CV 10- 2498 CW                              3