DAVID A. KETTEL (Bar No. 125745)
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
Email: dakettel@venable.com

JOEL ZWEIG (Bar No. 2425742)
546 5th Avenue, 14th Floor
New York, NY 10036
Telephone: (212) 661-7747
Facsimile: (212) 382-2154
E-mail: JZLAWPC@gmail.com

Attorneys for Claimants
JEREMIAH THEDE and
ANITA THEDE

# UNTIED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1292 TRESTLE GLEN ROAD, OAKLAND, CALIFORNIA, APN #024-0566-031,<br><br>Defendant.<br><br>JEREMIAH THEDE; ANITA THEDE,<br><br>Claimants. | CASE NO. CV10-2498-CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Date of CMC: 12/13/11<br>Proposed Date of CMC: 2/7/12 |

Plaintiff United States of America ("the Government") and Claimants Jeremiah Thede and Anita Thede ("Claimants"), by their respective undersigned counsel, hereby file this Stipulation to continue Case Management Conference, and stipulate to the following:

1. There exist two related state cases arising out of the same or similar conduct alleged in the civil complaint here. The first is the matter entitled *The People of the State of California vs. Jeremiah Mathis Thede,* Contra Costa Superior Court Case No. 30548-0 (the "Criminal Case"). The second is a state civil forfeiture case entitled *The People of the State of California v. Three-One-Ounce Gold Coins and Seventy-Two Dollars And Ninety Cents ($72.90) And Five Thousand Nine Hundred Eighty-Three Dollars and Eight Cents ($5,983.08) And Five Thousand Two Hundred Eighteen Dollars And Eighty-Four Cents ($5,218.84) and Five Hundred Sixty-Nine Dollars ($569.00) And One Hundred Two Dollars And Four Cents ($102.04) And Three Thousand Fifty-Two Dollars And Forty-Five Cents ($3,052.45) In United States Currency and One (1) 2005 BMW CIV VIN #WBAEH73455B19386* (The "State Civil Forfeiture Case").

2. Both the Criminal Case and the State Civil Forfeiture Case have been resolved.

3. Although the parties have reached a settlement in principal in this case, Claimants have not yet funded the settlement.

4. The Government has alleged in this Civil Complaint for Forfeiture that Claimant "Jeremiah Thede is the owner of record for the defendant real property."

5. As part of the State Civil Forfeiture case, the People have agreed to return $3,052.45 to Jeremiah Thede who in turn, will pay that money to the federal government in this case, in addition to other funds as agreed among the parties.

6. The defendant asset is currently encumbered by a *lis pendens*.

7. Pursuant to the foregoing, the parties hereby stipulate and agree to continue the Case Management Conference currently scheduled for December 13, 2011 to February 7, 2012 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: December 6, 2011          VENABLE LLP


By: _____/s/David A. Kettel_____
David A. Kettel
Attorneys for Claimants
JEREMIAH THEDE AND ANIT THEDE


Dated: December 6, 2011          MELINDA HAAG
United States Attorney


By: _____/s/Arvon J. Perteet_____
Arvon J. Perteet
Assistant United States Attorney
Attorneys for the United States of America

**ORDER**

**IT IS SO ORDERED** that the case management conference currently set for Tuesday, December 13, 2011, is continued to Tuesday, February 22, 2012, at 2:00 p.m. A case management statement is due February 15, 2012.

12/7/2011
_____          _____
DATE                              HONORABLE CLAUDIA A. WILKEN
                                  United States District Court Judge