MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile: 415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1292 TRESTLE GLEN ROAD, OAKLAND, CALIFORNIA,<br><br>    Defendant. | No. CV 10-2498 CW<br><br>CONSENT JUDGMENT OF FORFEITURE<br><br>[CASE-DISPOSITVE] |

    In full and final settlement of all claims and disputes directly or indirectly related to the captioned forfeiture action, plaintiff United States of America, and Jeremiah Thede and Anita Thede, through their undersigned counsel, hereby stipulate and agree as follows:

    1.    The plaintiff filed a Compliant for Forfeiture against the defendant real property on June 7, 2010, pursuant to 21 U.S.C. § 881(a)(7), in that the defendant real property was used to facilitate the cultivation of marijuana.

    2.    Jeremiah Thede and Anita Thede are the sole claimants to the defendant real property.

3. Claimants, Jeremiah and Anita Thede do not contest that there is probable cause to forfeit the defendant real property.

4. In lieu of forfeiting the defendant real property, the United States and claimant, Jeremiah Thede, agrees to forfeit and pay to the United States $80,000.00 in the form of a cashier's check. Anita Thede does not oppose forfeiture of the $80,000.00.

5. Jeremiah Thede further agrees to forfeit $205,894.71 seized from Jeremiah Thede's Charles Schwab Account Number KA 8771-4397. Anita Thede does not oppose the forfeiture of Jeremiah Thede's $205,894.71.

6. Upon payment of the $80,000.00 as set forth in paragraph 4 above, the United States shall file a release of lis pendens related to the defendant real property within 30 days of receipt of the payment.

7. Claimants, Jeremiah Thede and Anita Thede, shall hold harmless the United States, any and all agents, officers, representatives and employees of the same, including all federal and local enforcement officers, DEA agents, California Highway Patrol officers, Contra Costa District Attorney's Office investigators and employees, for any and all acts directly or indirectly related to the forfeiture of the defendant real property.

//
//
//
//
//
//
//
//
//
//
//

CONSENT JUDGMENT OF FORFEITURE
No. 10- 2498 CW                    2

8. Each party shall bear its own attorney's fees and costs.

9. The United States Marshals Service shall dispose of the forfeited funds according to law.

IT IS SO STIPULATED:

Dated: 2/24/12

ARVON J. PERTEET
Assistant United States Attorney

Dated: 2/24/12

DAVID A. KETTEL
Attorney for Claimants
Jeremiah Thede and Anita Thede

Dated: 2/23/12

JEREMIAH THEDE
Claimant

Dated: 2/23/12

ANITA THEDE
Claimant

**ORDER**

IT IS SO ORDERED.

Dated: 2/28/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT OF FORFEITURE
No. 10- 2498 CW                 3