IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1292 TRESTLE GLEN ROAD, OAKLAND, CA, APN #024-0566-031,<br><br>      Defendant._____/ | No. C 10-02498 CW<br><br>CONDITIONAL ORDER<br>OF DISMISSAL |

   The Court having been advised that the parties have agreed to a settlement of this cause,

   IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 30 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

   IT IS SO ORDERED.

Dated: 3/1/2012

                                  _____
                                  CLAUDIA WILKEN
                                  United States District Judge